

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-20-00131-CV

Clint Harrison **ELLER**,
Appellant

v.

**DAD P AS NEXT FRIEND TO T.P. A MINOR**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18-383A
Honorable N. Keith Williams, Judge Presiding

# ORDER ON APPELLANT'S MOTION FOR REHEARING AND MOTION FOR RECONSIDERATION EN BANC

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza Rodriguez, Justice
Lori I. Valenzuela, Justice

On this day the justices who participated in the panel's decision of the case deny appellant's motion for rehearing. TEX. R. APP. P. 49.3.

The en banc court denies appellant's motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court